<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL WEST,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL GILLAN, *et al.*,<br><br>    Defendants. | No. 25cv12164 (EP) (JBC)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge.**

*Pro se* Plaintiff Michael West alleges deprivation of his rights under the Fourth and Fifth Amendments of the United States Constitution. D.E. 1 ("Complaint"). Plaintiff has neither paid the applicable $350 filing fee for a civil case under 28 U.S.C. § 1914(a), nor the $55 administrative fee under Appendix K to the Local Civil Rules.

Plaintiff did submit a document styled as an application to proceed *in forma pauperis* ("IFP") under 28 U.S.C. § 1915(a). D.E. 1-3 ("IFP Application"). However, Plaintiff did not use the proper form required by the Court (Form AO 239, available at https://www.njd.uscourts.gov/sites/njd/files/forms/AO-239.pdf). Accordingly, Plaintiff has not met the requirements for IFP status.

Given that Plaintiff has not met the requirements for IFP status or paid the required filing fees, pursuant to Local Civil Rule 54.3(a):

> Except as otherwise directed by the Court, the Clerk shall not be required to enter any suit, file any paper, issue any process or render any other service for which a fee is prescribed by statute or by the Judicial Conference of the United States, nor shall the Marshal be required to serve the same or perform any service, unless the fee therefor is paid in advance. The Clerk shall receive any such papers in accordance with L.Civ.R. 5.1(f).

Local Civil Rule 5.1(f), in turn, provides that "[a]ny papers received by the Clerk without payment of such fees as may be fixed by statute or by the Judicial Conference of the United States for the filing thereof shall be marked 'received' and the date and time of receipt shall be noted thereon." Accordingly,

**IT IS**, on this **26th** day of August 2025,

**ORDERED** that Plaintiff's IFP Application, D.E. 1-3, is **DENIED** *without prejudice*; and it is further

**ORDERED** that the Clerk of Court shall mark the Complaint, D.E. 1, received; and it is further

**ORDERED** the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** this action due to Plaintiff's failure to satisfy the filing fee requirement or alternatively submit a properly completed IFP application; and it is further

**ORDERED** that if Plaintiff wishes to reopen this action he shall either, within **30 days** of entry of this Order: (1) pay the $405 civil filing and administrative fees, pursuant to 28 U.S.C. § 1914(a) and Appendix K to the Local Civil Rules; or (2) submit a properly completed IFP application on Form AO 239, available at https://www.njd.uscourts.gov/sites/njd/files/forms/AO-239.pdf; and it is further

**ORDERED** that the Clerk of Court shall send Plaintiff a blank Form AO 239 by regular mail; and it is finally

**ORDERED** that the Clerk of Court shall send a copy of this Order to Plaintiff by regular mail.

_____
Evelyn Padin, U.S.D.J.